UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00226-MMD-PAL-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RAYMOND LOWMAN, | |
| Defendant. | |

Before the Court is Defendant Stephen Raymond Lowman's motion for early termination of supervised release. (ECF No. 9 ("Motion").) The Probation Officer supports Lowman's Motion. (*Id.* at 3.) The government does not oppose the Motion. (ECF No. 13.) The Court agrees with Lowman's counsel that termination of supervised release is warranted because Lowman has complied with conditions of supervised release, is not receiving any services through Probation, is currently employed, and has family support. The Court thus finds that justice is served by granting Lowman early termination of supervised release.

It is therefore ordered that Defendant's motion for early termination of supervised release (ECF No. 9) is granted.

DATED THIS 17th Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE